IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BLETZ, | No. 4:20-CV-01524 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WEGMANS FOOD MARKETS, INC., | |
| Defendant. | |

# ORDER

### SEPTEMBER 7, 2022

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERD** that:

1. Defendant Wegman Food Markets, Inc.'s Motion for Summary Judgment as to liability (Doc. 18) is **GRANTED**.

2. Final Judgment is entered in favor of the Defendant and against Plaintiff, Jennifer Bletz.

3. The Clerk of Court is directed to **CLOSE** the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge