UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BLETZ, | : No.  4:20-CV-01524 |
| Plaintiff, | : (Judge Brann) |
| vs. | : |
| WEGMAN FOOD MARKETS, INC., | : |
| Defendant. | : |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($          ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**    OTHER:    final judgment is entered in favor of the Defendant and against Plaintiff, Jennifer Bletz.

This action was:

\_\_\_\_ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 9/7/2022 Memorandum Opinion and Order.


Dated: 9/7/2022                    Peter Welsh, Clerk of Court
                                   By: s/Lisa A. Gonsalves, deputy